IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YU HIN CHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:25-cv-624-RAH |
| | ) |
| RE/MAX, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On October 20, 2025, the Magistrate Judge entered a Recommendation to which no objections have been filed. (Doc. 9.) Upon an independent review of the file and for good cause, and upon consideration of the Recommendation of the Magistrate Judge, it is **ORDERED** as follows:

1. The Recommendation (Doc. 9) is **ADOPTED**;
2. The case is **DISMISSED** without prejudice; and,
3. The Clerk of Court is **DIRECTED** to close the case

**DONE** on this the 25th day of November 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE